ENTER/JS-6

FILED
CLERK, U.S. DISTRICT COURT
NOV 29 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RONALD EVERETT,<br><br>    Petitioner,<br><br>    v.<br><br>JAMES A. YATES, Warden,<br><br>    Respondent. | Case No. CV 10-06369 DMG (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Order Dismissing Habeas Petition As Time-Barred.

Dated: November 24, 2010

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
NOV 30 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY